IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**RANDALL FETTY**

    **Plaintiff,**

v.                                   **CIVIL ACTION NO.: 3:20-CV-00854**
                                                **JUDGE ROBERT C. CHAMBERS**

**WAYNE NURSING & REHABILITATION
CENTER, LLC**

    **Defendant.**

### AGREED DISMISSAL ORDER

This day came the parties by their respective counsel of record and announced to the Court that all matters in controversy herein have been fully agreed and resolved and jointly move the Court to dismiss and strike this action from its docket.

The Court having considered said motion and perceiving no objection thereto, **ORDERS** that this action be, and it is hereby dismissed and stricken from the docket of the Court as fully resolved, with prejudice to the plaintiff.

**IT IS ORDERED.**

**ENTERED** this 12 day of May, 2022.

_____
Robert C. Chambers
United States District Court Judge

Prepared by:

/s/ Jan Fox
Jan L. Fox, Esq. (WVSB #1259)
Mark C. Dean, Esq. (WVSB #12017)
STEPTOE & JOHNSON PLLC
Chase Tower, Seventeenth Floor
P.O. Box 1588
Charleston, West Virginia 25326-1588
(304) 353-8000
*Counsel for Defendant*

Approved by:

/s/ Hoyt Glazer
Hoyt Glazer (WVSB #6479)
Glazer Saad Anderson, L.C.
Huntington Central Building
320 Ninth Street, Suite B
Huntington, WV 25701
(304)885-8844
*Counsel for Plaintiff*